_____

No. 96-2513
_____

In re:  Glenda C. Taylor,        *
                                 *
          Debtor.                *
--------------------------       *
                                 *
Darius J. Whitson, Sr.,          *
                                 * Appeal from the United States
          Appellant,             * District Court for the
                                 * Eastern District of Missouri.
     v.                          *
                                 *        [UNPUBLISHED]
Barry S. Schermer; Martha Dahm,  *
Asst. U.S. Attorney; Joel        *
Pelofsky, U.S. Trustee; Charles  *
Shaw, Judge, USDC; Peter         *
Lumaghi,                         *
                                 *
          Appellees.             *


_____

Submitted:  December 6, 1996

Filed:  December 24, 1996
_____

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.
_____

PER CURIAM.


     Darius J. Whitson, Sr., appeals from the order of the District
Court[1] affirming the denial by the Bankruptcy Court[2] of Whitson's
recusal motion.  Whitson also petitions this Court for a writ of
mandamus.

_____

     [1]The Honorable Catherine D. Perry, United States District
Judge for the Eastern District of Missouri.

     [2]The Honorable Barry S. Schermer, United States Bankruptcy
Judge for the Eastern District of Missouri.

We have reviewed carefully the record and the parties' submissions and have concluded Whitson's contentions are meritless. Accordingly, we affirm the judgment of the District Court, <u>see</u> 8th Cir. R. 47B, and we deny Whitson's request for mandamus relief.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.